**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHARLES PRITCHETT,

        Plaintiff,                       Case Number: 08-14714

v.                                          JUDGE PAUL D. BORMAN
                                               UNITED STATES DISTRICT COURT

TOM BEECHMAN,

        Defendant.
_____ /

## **ORDER OF DISMISSAL**

Plaintiff filed a complaint on November 7, 2008, against Defendant Tom Beechman. Plaintiff's complaint, in its entirety and without alterations, is recounted below:

> On 11-7-08, I Charles Pritchett [am] writting [sic] you a letter about my money[,] and I have not heard from you[.] [Y]our time[] is up[.] [T]he color of the paper ha[s] change[d] on you again, for the money you ored [sic] me. I'm now filing a complaint in the United State[s] Court, for nonpayment, of worker's conpensations [sic] an[d] unemployment insurance. This ha[s] been going on long enough. This ha[s] to stop. You have been sued for an undisclosed amount of money, and you have failed to respond[] to a law sued [sic].

"[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). The Court finds that Plaintiff's complaint is, on its face frivolous and devoid of merit.

Accordingly, the Court **DISMISSES** this action pursuant to Rule 12(b)(1).

 **SO ORDERED**.

                                               s/Paul D. Borman
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

Dated: November 24, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 24, 2008.

                                               s/Denise Goodine
                                             Case Manager